UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Valerie Jones, | : <br> : <br> : Civil Action No.: 1:12-cv-01606-DDD-JDK <br> : <br> Plaintiff,  : <br> v.  : <br> : <br> Convergent Healthcare Recoveries, Inc.; and  : <br> DOES 1-10, inclusive,  : <br> : <br> Defendant.  : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
**PURSUANT TO RULE 41(a)**

Valerie Jones ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 23, 2012

Respectfully submitted,

By:  /s/ Kenneth D. McLean

Kenneth David McLean, Esq.
THE McLEAN LAW FIRM, LLC
P.O. Box 38161
Germantown, TN 38183-0161
Telephone: (901) 326-6888
Facsimile: (901) 531-8102

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Kenneth D. McLean

                                          Kenneth D. McLean, Esq.